UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No: 1:21-cv-26-SKC

**DEBORAH LAUFER,**

Plaintiff,

v.

**PANDEY HOTEL DENVER, LLC.**,

Defendant(s).

---

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

---

Plaintiff, Deborah Laufer, responds as follows to this Court's order to show cause [D.E. 12].

1. Plaintiff has no objection to this case being administratively closed pending the outcome of the Tenth Circuit's decision in *Laufer v. Looper,* case no: 21-1031.

**I HEREBY CERTIFY** that, on March 22, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

/s/ *Philip Michael Cullen, III*.
**PHILIP MICHAEL CULLEN, III**
**Attorney at law – Chartered**
621 South Federal Highway, Suite Four
Fort Lauderdale, Florida 33301
Telephone: (954) 462-0600
Facsimile: (954) 462-1717
CULLENIII@aol.com.com