# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00026-SKC

DEBORAH LAUFER, an individual,

Plaintiff,

v.

PANDEY HOTEL DENVER, LLC,

Defendant.

## DEFENDANT'S NOTICE OF NO OPPOSITION TO ADMINISTRATIVE CLOSURE

Per the Court's Order, dated March 22, 2021, Defendant Pandey Hotel Denver, LLC hereby provides notice that it does not oppose administrative closure of this case pending final resolution of the appeal in *Laufer v. Looper*, et al., Case No. 21-1021.

Dated: March 23, 2021

                                                Respectfully submitted,

                                                */s/ Haley W. Maglieri*
                                                Haley W. Maglieri, Esq. (#40149)
                                                Kristina M. Wright, Esq. (#47337)
                                                1430 Wynkoop Street, Suite 300
                                                Denver, CO 80202
                                                Telephone: (303) 623-1800
                                                Facsimile: (303) 623-0552
                                                Email: hmaglierei@messner.com
                                                             kwright@messner.com

                                              ***Attorneys for Defendant***

1

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this 23rd day of March, 2021, the foregoing **DEFENDANT'S NOTICE OF NO OPPOSITION TO ADMINISTRATIVE CLOSURE** was filed and served on all parties and other interested persons electronically.

Suzette M. Marteny Moore
Of Counsel, Thomas Bacon PA
2690 S. Combee Road
Lakeland, Florida 33803
Telephone: (863) 229-2140
Email 1: S.Moore@SMooreLaw.com
Email 2: Eservice@SMooreLaw.com

***Attorney for Plaintiff, Deborah Laufer***

                                            */s/ Lauren Colbert*
                                            Lauren Colbert