IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 21-cv-00026-RM-SKC

DEBORAH LAUFER,

    Plaintiff,

v.

PANDEY HOTEL DENVER LLC,

    Defendant.

---

## ORDER

---

Before the Court is the Recommendation of United States Magistrate Judge S. Kato Crews to administratively close this case. Neither party opposed the magistrate judge's suggestion to close the case pending a decision by the Tenth Circuit Court of Appeals in *Laufer v. Looper*, No. 21-1031. Nor has either party objected to the Recommendation, and the time to do so has lapsed. This Court has already closed other cases brought by Plaintiff that arrived at a similar procedural posture, such as *Laufer v. Suites IQ LLC*, No. 20-cv-03529-RM-NYW, and *Laufer v. Super Kings, Inc.*, No. 20-cv-03750-RM-KLM. Because the *Laufer* appeal will similarly affect this case, the Court ACCEPTS the Recommendation (ECF No. 22) and ORDERS that pursuant to D.C.COLO.LCivR 41.2, the Clerk shall ADMINISTRATIVELY CLOSE this case subject to reopening for good cause.

DATED this 7th day of May, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge