# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Case No: 1:21-cv-26-SKC

**DEBORAH LAUFER,**

Plaintiff,

v.

**PANDEY HOTEL DENVER, LLC.**,

Defendant(s).

---

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE

---

Plaintiff, Deborah Laufer, through her undersigned counsel, hereby voluntarily dismisses this action without prejudice.

/s/ *Philip Michael Cullen, III.*
**PHILIP MICHAEL CULLEN, III**
**Attorney at law – Chartered**
621 South Federal Highway, Suite Four
Fort Lauderdale, Florida 33301
Telephone: (954) 462-0600
Facsimile: (954) 462-1717
CULLENIII@aol.com.com

## CERTIFICATE OF SERVICE

       **I HEREBY CERTIFY** that, on July 12, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

       */s/Philip Michael Cullen, III, Esq.*